UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKEEM HARRIS,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>                Defendant. | CASE NO. **2:25-cv-02435-KKE**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 2nd day of December, 2025.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge