UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKEEM HARRIS,<br><br>          Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>          Defendant. | CASE NO. C25-2435-KKE<br><br>ORDER TO SHOW CAUSE AND<br>DENYING MOTIONS IN LIMINE AS<br>PREMATURELY FILED |

Plaintiff Akeem Harris is proceeding *pro se* in this action filed against Defendant Federal Bureau of Investigation ("FBI"). *See* Dkt. No. 1. On December 2, 2025, United States Magistrate Judge Brian A. Tsuchida granted Harris's motion for leave to proceed in forma pauperis ("IFP"). *See* Dkt. No. 4. On December 3, 2025, Harris's complaint was filed. *See* Dkt. No. 7. Although Harris indicated that "summons(es)" were "provided by plaintiff," no completed summons forms were attached to his complaint or his application to proceed IFP. *See* Dkt. Nos. 1, 7. In January, the Clerk of Court mailed a blank summons packet to Harris for his completion so that summons could be issued.[1]

---

[1] The Court directed the Clerk to mail an additional blank summons packet to Plaintiff after reviewing Harris's motions in limine. The blank summons form is also available on the website for the Western District of Washington, https://www.wawd.uscourts.gov/court-forms.

ORDER TO SHOW CAUSE AND DENYING MOTIONS IN LIMINE AS PREMATURELY FILED - 1

Federal Rule of Civil Procedure 4 sets out the requirements for a summons, as well instructions for serving the summons and complaint. A "properly completed" summons must be signed by the Clerk of Court and issued to the plaintiff for service on the defendant. Fed. R. Civ. P. 4(a)–(b). The plaintiff must serve the summons and complaint on the defendant within 90 days of filing the complaint. *See* Fed. R. Civ. P. 4(c), (m). To date, the Court has not received Harris's completed summons forms, and thus cannot issue summons, which is required for proper service. Because more than 90 days have passed since Harris filed his complaint, Harris has not complied with Fed. R. Civ. P. 4(m).

As such, no later than April 10, 2026, Harris is ORDERED to show cause as to why his case should not be dismissed for failure to timely serve Defendant with summons and the complaint. If Harris fails to respond to this order to show cause, the Court may dismiss this case for failure to prosecute.

Finally, the Court DENIES Harris's *ex parte* motions in limine (Dkt. No. 10) as premature, as Defendant has neither been served nor appeared in this action.

The Clerk is directed to send a copy of this Order and a copy of the Pro Se Guide to Filing Your Lawsuit in Federal Court[2] to Harris.

Dated this 13th day of March, 2026.

Kymberly K. Evanson
United States District Judge

---

[2] The Pro Se Guide is also available electronically at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

ORDER TO SHOW CAUSE AND DENYING MOTIONS IN LIMINE AS PREMATURELY FILED - 2