UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKEEM HARRIS, | CASE NO. C25-2435-KKE |
| Plaintiff(s), | ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant(s). | |

Plaintiff Akeem Harris proceeds pro se and in forma pauperis.  This matter comes before the Court on Harris's request for an order directing service of his summons and complaint by the United States Marshals Service under Federal Rule of Civil Procedure 4(c)(3).  *Id.* at 2.

Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court."  Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

As such, the Court GRANTS Plaintiff's motion (Dkt. No. 16) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. No. 7), Plaintiff's motion (Dkt. No. 16), and the summons (Dkt. No. 17) to the United States Marshal or Deputy Marshal by April 3, 2026.

ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE - 1

(2) The United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint by May 1, 2026 and shall file proof of service once completed.

Dated this 27th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING SERVICE BY THE U.S. MARSHALS SERVICE - 2